IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARSHALL TRISTAN SHAW,           )
                                 )
          Petitioner,            )
                                 )
     v.                          )     1:18CV252
                                 )
UNITED STATES OF AMERICA,        )
                                 )
          Respondent.            )

### ORDER

On March 29, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) Petitioner timely filed objections (Doc. 4) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's submission (Doc. 1) is construed as a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, that Petitioner's request for an order from this Court making his federal sentence concurrent with his state sentence is **DENIED**, and that this action is hereby **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition

under § 2241 in the proper district if he seeks to contest a decision of prison officials regarding the execution of his sentence. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of July, 2018.

_____
United States District Judge